UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KASEY JAMES VELLA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W COLVIN<br><br>　　　　　　Defendant. | CASE NO. 3:15-CV-05491-RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court, having reviewed Defendant's Stipulated Motion for Remand, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　(1)　the Court adopts the Report and Recommendation;

　(2)　the Stipulated Motion for Remand is GRANTED; and

　(3)　the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

　(4)　The Clerk is ordered to enter judgment for Plaintiff.

　　DATED this 11th day of May, 2016.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　United States District Judge